# United States District Court
## Eastern District of Michigan

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| MITSUBISHI HEAVY INDUSTRIES, LTD. | Case Number: 13CR20711-1 |
| | USM Number: |
| | Megan Dixon |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ Pleaded guilty to count(s) **1 of the Information**.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy to Restrain Trade | February 2010 | 1 |

The defendant is sentenced as provided in pages **2 through 3** of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 6, 2013
Date of Imposition of Judgment

s/George Caram Steeh
United States District Judge

November 06, 2013
Date Signed

DEFENDANT: MITSUBISHI HEAVY INDUSTRIES, LTD.
CASE NUMBER: 13CR20711-1

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 400.00 | $ 14,500,000.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MITSUBISHI HEAVY INDUSTRIES, LTD.
CASE NUMBER: 13CR20711-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Criminal fine of $14.5 million payable in full before the fifteenth (15th) day after the date of judgment and may be paid by wire transfer.